In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-157 CV


____________________



GEORGE ROY BROWN JR., Appellant



V.



FATTS TRUCKING & AUTO SALES AND SERVICE, FRANK PATILLO'S 
TRUCKING, BRYSTAR CONTRACTING, INC., AND 

THE CITY OF BEAUMONT, TX, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-165,375






MEMORANDUM OPINION (1)


 On April 8, 2005, we notified the parties that the notice of appeal did not identify
a judgment or other appealable order, and that it appeared no judgment or appealable order
has been signed in the case. The appellant filed a response but he does not contend that
a judgment or other appealable order has been signed. Subject to certain statutory
exceptions not applicable in this case, only final judgments are appealable. Tex. Civ.
Prac. & Rem. Code Ann. §§ 51.012, 51.014 (Vernon 1997 & Supp. 2005). The appeal
is dismissed for lack of jurisdiction. Tex. R. App. P. 42.3.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered June 2, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.